Case No. 8:18-cv-01893-JLS-KES　　　　　　　　　　　　Date: January 17, 2020
Title: Jose Garcia v. General Motors LLC et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　　　Not Present　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO FILE MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

　　On December 18, 2018, the Court issued the Scheduling Order in this case, setting the Final Pretrial Conference for January 31, 2020, at 10:30 a.m. (Doc. 17 at 2.) Pursuant to the Court's Civil Trial Order and Local Rule 16-4, counsel were required to serve and file their Memoranda of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (*See* C.D. Cal. R. 16-4; Civil Trial Order at 3, Doc. 18.) The Civil Trial Order expressly instructs that "[s]trict compliance with the requirements of . . . the Local Rules is mandatory." (Civil Trial Order at 3.) Although these Memoranda were due by January 10, 2020, only Plaintiff has filed the document.
　　The Court therefore ORDERS Defendant General Motors LLC, **within five (5) days of the date of this Order**, to file its Memorandum of Contentions of Fact and Law and, separately, to show cause in writing why the Court should not issue sanctions for Defendant's failure to timely file the Memorandum.

　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: tg