# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 18-01893-JLS (KESx)　　　　　Date August 25, 2020

Title: Jose Garcia v. General Motors LLC et al

Present: The Honorable JOSEPHINE L. STATON

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

Not Present　　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated July 7, 2020 [74]  JS-6.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer　　mku